UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BRAULIO THORNE, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

                      Plaintiffs,

                      v.

AHEAD PRODUCTS INC.,

                      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:23-cv-1052

**<u>NOTICE OF VOLUNTARY
DISMISSAL</u>**

       Plaintiff(s), BRAULIO THORNE, in accordance with Rule 41(a)(1)(A)(i) of the Federal

Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, AHEAD

PRODUCTS INC., with prejudice and without fees and costs.

Dated: New York, New York
       March 17, 2023

                                  **GOTTLIEB & ASSOCIATES**

                                  *<u>/s/Michael A. LaBollita, Esq.</u>*

                    Michael A. LaBollita, Esq., (ML-9985)
                       150 East 18th Street, Suite PHR
                           New York, NY 10003
                           Phone: (212) 228-9795
                              Fax: (212) 982-6284
                        Michael@Gottlieb.legal

                              *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge